COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-114-CV

IN RE ELIZABETH A. ROHR RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s amended petition for writ of mandamus.  The court is of the opinion that relief should be denied.  Accordingly, relator’s amended petition for writ of mandamus is denied.

PER CURIAM

PANEL A: LIVINGSTON, GARDNER, and WALKER, JJ.

DELIVERED: April 4, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.